No. 76–781. Exxon Corp. et al. *v.* Environmental Protection Agency et al. C. A. 10th Cir. Certiorari denied. Mr. Justice Stewart and Mr. Justice Powell took no part in the consideration or decision of this petition. ■

No. 76–870. Minnesota Public Interest Research Group *v.* Secretary of Agriculture et al. C. A. 8th Cir. Certiorari denied. Mr. Justice Blackmun took no part in the consideration or decision of this petition. ■

No. 76–988. Blue Shield of Southern West Virginia, Inc., et al. *v.* Ballard et al. C. A. 4th Cir. Certiorari denied. Mr. Justice Blackmun would grant certiorari. ■

No. 76–5854. Smith *v.* Texas. Ct. Crim. App. Tex. Certiorari denied. Mr. Justice Brennan and Mr. Justice Marshall would grant certiorari and vacate the judgment insofar as it leaves undisturbed the sentence of death. See *Gregg* v. *Georgia,* 428 U. S. 153, 227 (1976) (Brennan, J., dissenting); *id.,* at 231 (Marshall, J., dissenting). Mr. Justice White would grant certiorari limited to Questions 1 and 2 presented by the petition. ■